MURRAY LANDY, PLAINTIFF-PETITIONER, v. I. LAW-
RENCE LESAVOY, DEFENDANT-RESPONDENT.

On petition for certification to Superior Court, Appellate
Division.

*Mr. Max L. Rosenstein* for the petitioner.

September 27, 1955. 

EILEEN MOLA, *ET AL.*, PLAINTIFFS-RESPONDENTS, v.
MILTON CUNNINGHAM, *ET AL.*, DEFENDANTS-PETI-
TIONERS.

On petition for certification to Superior Court, Appellate
Division.

*Mr. Paul Colvin* for the petitioners.

*Messrs. Emory, Langan & Lamb* for the respondents.